# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2813
_____

D.C.D., father of L.B.D., A.S.D.,
P.I.D., P.O.D. W.C.D., and
P.A.D.,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and THE GUARDIAN AD
LITEM,

    Respondents.

_____

Petition for Writ of Certiorari—Original Proceedings.


May 11, 2026


PER CURIAM.

DENIED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

D.C.D, pro se, Petitioner.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Respondent; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.